JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 461 -- In re Amtrak Train Accident at Linden, New Jersey, on July 9, 1980

| Date | No. | Pleading Description |
|---|---|---|
| 81/03/09 | 1 | MOTION, BRIEF, CERT. OF SVC., SCH. OF CASES -- Nat'l Railroad Passenger Corp. & Consolidated Rail Corp. SUGGESTED TRANSFEREE DISTRICT: District of New Jersey SUGGESTED TRANSFEREE JUDGE: (ea) |
| 81/03/19 | | APPEARANCES -- Bennett J. Wasserman, Esq. for Anthony R. Tozzi, et al. and Errol M. Dobelle, et al.; Irwin R. Kaplan, Esq. for Suzanne Sentner; Bernard J. Smolens, Esq. for Patrick J. Amick, et al.; Charles F. Krause, Esq. for Amtrak, National Railroad Passenger Corp. and Consolidated Rail Corp. (ea) |
| 81/03/20 | 2 | RESPONSE, CERT. OF SVC. -- Pltfs. Tozzi and Dobelle. (ea) |
| 81/03/23 | | HEARING ORDER -- Setting Motion for Panel Hearing in Washington, D.C. on April 30, 1981 (cds) |
| 81/03/24 | 3 | RESPONSE, CERT. OF SVC.--Pltfs. Patrick J. Amick,etal.(ea) |
| 81/04/29 | | WAIVERS OF ORAL ARGUMENT -- All parties waived (cds) |
| 81/05/19 | | CONSENT OF TRANSFEREE COURT assigning litigation to The Honorable Lawrence A. Whipple for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (ds) |
| 81/05/19 | | TRANSFER ORDER -- transferring A-1 thru A-4 to the District of New Jersey for coordinated or consolidated pretrial proceedings. (ds) |
| 82/12/02 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-6 Ennis v. Nat'l Railroad Passenger Corp., etal., S.D.N.Y., 82-4193 -- Notified involved counsel and judges. (eaf) |
| 82/12/20 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-6 Ennis v. Nat'l Railroad Passenger Corp., etal.,S.D.N.Y.,82-4193-(JES) -- Notified involved clerks and judges. (eaf) |
| 83/06/07 | 4 | LETTER -- from Clerk in the District of New Jersey re: the reassignment of litigation to Judge Fisher. (ds) |

over

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 83/06/07 | | ORDER REASSIGNING LITIGATION -- to the Honorable Clarkson S. Fisher for the District of New Jersey pursuant to 28 U.S.C. §1407 pretrial proceedings. Notified involved clerks, judges and counsel. (ds) |
| 84/05/24 | | CONDITIONAL REMAND ORDERS FILED TODAY -- Suggestion for Remand -- A-1 to A-4, letter by Judge Clarkson S. Fisher, listed below. Notified involved judge and counsel. (rh) <br> A-1 Anthony R. Tozzi, et al. v. Amtrak, C.A. No. 81-1733 (S.D. New York, C.A. No. 80-Civ-4764-EW) <br> A-2 Errol M. Dobelle, et al. v. Amtrak, C.A. No. 81-1734 (S.D. New York, C.A. No. 80-Civ-4763-EW) <br> B-6 Susan Ennis v. National Railroad Passenger Corp., et al., C.A. No. 83-113-W (S.D. New York, C.A. No. 82-4193-JES) <br> A-4 Patrick J. Amick, et al. v. National Railroad Passenger Corp. a/k/a Amtrak, D. New Jersey, C.A. No. 81-1736 (E.D. Pennsylvania, C.A. No. 80-Civ-4265) |
| 84/06/11 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- A-1, A-2, A-4 and B-6 listed below. Notified involved clerks and judge. (ds) <br> A-1 Anthony R. Tozzi, et al. v. Amtrak, C.A. No. 81-1733 (S.D. New York, C.A. No. 80-Civ-4764-EW) <br> A-2 Errol M. Dobelle, et al. v. Amtrak, C.A. No. 81-1734 (S.D. New York, C.A. No. 80-Civ-4763-EW) <br> B-6 Susan Ennis v. National Railroad Passenger Corp., et al., C.A. No. 83-113-W (S.D. New York, C.A. No. 82-4193-JES) <br> A-4 Patrick J. Amick, et al. v. National Railroad Passenger Corp. a/k/a Amtrak, C.A. No. 81-1736 (E.D. Pennsylvania, C.A. No. 80-Civ-4265-NS) |

JPML Form 1

Revised: 8/78

DOCKET NO. 461 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| April 30, 1981 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 5/19/81 | TO (unpub) | | D. New Jersey | ~~Lawrence A. Whipple~~ Clarkson S. Fisher | |

Special Transferee Information

DATE CLOSED: 10/29/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 461 -- IN RE AMTRAK TRAIN ACCIDENT AT LINDEN, NEW JERSEY ON JULY 9, 1980

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| ✓ A-1 | Anthony R. Tozzi, et al. v. Amtrak | S.D.N.Y. Sand | 80-Civ.4764-LS | 5/1/81 | 81-1733 | 6/11/84 R | |
| ✓ A-2 | Errol M. Dobelle, et al. v. Amtrak | S.D.N.Y. Weinfeld | 80-Civ.4763-EW | 5/1/81 | 81-1734 | 6/11/84 R | |
| A-3 | Suzanne Sentner, et al. v. Amtrak | S.D.N.Y. Weinfeld | 80-Civ.6534-EW | 5/1/81 | 81-1735 | 9/14/82 D | |
| ✓ A-4 | Patrick J. Amick, et al. v. National Railroad Passenger Corp., a/k/a Amtrak | E.D.Pa. Shapiro | 80-Civ.4265-NS | 5/1/81 | 81-1736 | 6/11/84 R | |
| A-5 | Anthony Robbins v. National Railroad Passenger Corporation and Consolidated Rail Corp. | D.N.J. Whipple | 80-Civ.3257-LEW | — | — | 1/9/84 D | |
| ✓ B-6 | Susan Ennis v. National Railroad Passenger Corp., et al. 12/2/82 | S.D.N.Y. Sprizzo | 82-4193(JES) | 12/30/82 | 83-1136 | 6/11/84 R | |
| XYZ-7 | Robert L. Weiss, et al. v. Amtrak, et al. | D.N.J. | 81-2011 | deconsolidated 10/29/84 | | | x/3?, x/38 + x/39 |
| XYZ-8 | Robert B. Stewart, et al. v. Amtrak, et al. | D.N.J. | 81-2148 | deconsolidated 10/29/84 | | 10/29/84 | Consolidated for all purp under 81-2011 |
| XYZ-9 | Glenn Mohrman, et al. v. Amtrak, et al. | D.N.J. | 81-2149 | deconsolidated 10/29/84 | | | |
| XYZ-10 | Bruce Williams v. National Railroad Passenger Corp., | D.N.J. | 81-2686 | — | — | 1/9/84 D | |

July 1983 - 5 -TK/5=XYZ/1-Rio/9 Ply.

DOCKET NO. 461 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-11 | Etley Francis v. Consolidated Rail, Corp., et al. | D.N.J. | 82-3427 | --- | --- | 6/28/83 | D |

July 1984 — 1 XYZ / 16 Dis / ~~~~ 4 Rem / 3 Plg.

July 1985 — 3 Dis — Docket Closed

```
  5  TR
  6  XYZ
 ___
 11
  4 Rem
 ___
  7 Dis
```

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 461 -- In re Amtrak Train Accident at Linden, New Jersey on 7/9/80

| | |
|---|---|
| ANTHONY R. TOZZI, ET AL. (A-1)<br>ERROL M. DOBELLE, ET AL. (A-2)<br>Bennett J. Wasserman, Esq.<br>c/o Lipsig, Sullivan & Liapakis, P.C.<br>100 Church Street<br>New York, New York  10007<br><br>SUZANNE SENTNER (A-3)<br>Irwin R. Kaplan, Esq.<br>Kaplan, Friedman & Zand, P.C.<br>44 Court Street - Room 811<br>Brooklyn, New York  11201<br><br>PATRICK J. AMICK, ET AL. (A-4)<br>Bernard J. Smolens, Esq.<br>Schnader, Harrison, Segal & Lewis<br>1719 Packard Building<br>Philadelphia, Pennsylvania  19102<br><br>(no appearance received)<br>ANTHONY ROBBINS (A-5)<br>Gerald R. Stockman, Esq.<br>Stockman, Mancino, Marinari,<br>  Smithson, O'Donnell & Sypek, P.A.<br>2211 White House-Mercerville Road<br>Trenton, New Jersey  08619<br><br>AMTRAK<br>NATIONAL RAILROAD PASSENGER CORP.<br>CONSOLIDATED RAIL CORP.<br>Charles F. Krause, Esq.<br>Speiser & Krause, P.C.<br>200 Park Avenue<br>New York, New York  10166 | SUSAN ENNIS (B-6)<br>Lipsig, Sullivan & Liapakis<br>(See A-1 for address) |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 461 -- In re Amtrak Train Accident at Linden, New Jersey on 7/9/80

| Name of Party | Named as Party in Following Actions |
|---|---|
| Nat'l Railroad Passenger Corp. | A-1, A-2, A-3, A-4, A-5, B-6 |
| Consolidated Rail Corp. | A-4, A-5, B-6 |
| Amtrak | A-1, A-2, A-3 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |