JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY 19 1981

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 461

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AMTRAK TRAIN ACCIDENT AT LINDEN, NEW JERSEY, ON JULY 9, 1980

TRANSFER ORDER*

All parties to the actions listed on the attached Schedule A either agree on the desirability of or do not oppose transfer of the action pending in the Eastern District of Pennsylvania and the three actions pending in the Southern District of New York to the District of New Jersey for coordinated or consolidated pretrial proceedings with the action pending there. The Panel has found upon consideration of the papers submitted[1] that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the District of New Jersey be, and the same hereby are, transferred to the District of New Jersey and, with the consent of that court, assigned to the Honorable Lawrence A. Whipple for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Fred Daugherty took no part in the decision of this matter.

[1] The parties waived oral argument and, accordingly, the question of transfer of these actions under Section 1407 was submitted on the briefs. See Rule 14, R.P.J.P.M.L., 78 F.R.D. 561, 572 (1978).

Schedule A

MDL-461 -- In re Amtrak Train Accident at Linden, New Jersey, on July 9, 1980

Southern District of New York

Anthony R. Tozzi, et al. v. Amtrak, C.A. No. 80 Civ 4764

Errol M. Dobelle, et al. v. Amtrak, C.A. No. 80 Civ 4763

Suzanne Sentner, et al. v. Amtrak, C.A. No. 80 Civ 6534

Eastern District of Pennsylvania

Patrick J. Amick, et al. v. National Railroad Passenger Corp., et al., C.A. No. 80-4265

District of New Jersey

Anthony Robbins v. National Railroad Passenger Corp., et al., C.A. No. 80-3257